FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 12 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 16-30080 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:16-cr-00051-BR-1 District of Oregon, Portland |
| v. | |
| AMMON BUNDY; et al., | ORDER |
| Defendants - Appellants. | |

Before: CANBY, LEAVY, and IKUTA, Circuit Judges.

Appellants' motion to stay the district court's March 22, 2016 order is denied. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

Briefing is complete.

The Clerk shall assign this case to the next available merits panel.

SLL/MOATT